IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRIS RUCKER                                                                                    PLAINTIFF

V.                                    NO. 4:19CV00585 JM/PSH

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Chris Rucker's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 14th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE